NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRASSOCIATES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**SPECTRUM HEALTHCARE RESOURCES, INC.,**
*Defendant-Appellee.*

---

2012-5037

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-570, Judge Francis M. Allegra.

---

## ON MOTION

---

## ORDER

Spectrum Healthcare Resources, Inc. moves to delay oral argument until on or after October 1, 2012. Spectrum indicates that the United States does not oppose. CRAssociates, Inc. opposes.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.


FOR THE COURT

**JUN 1 3 2012**
_____

Date

/s/ Jan Horbaly
_____

Jan Horbaly

Clerk


cc:  Kenneth B. Weckstein, Esq.
     Amy Laderberg O'Sullivan, Esq.
     Michael Goodman, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 3 2012

JAN HORBALY
CLERK